# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PAMELA SLOANE

VERSUS

FORESTWOOD APARTMENTS/BATON
ROUGE LTD., CLK MULTI FAMILY
MANAGEMENT, LLC AND ASPEN
AMERICAN INSURANCE COMPANY

NO.  2020 CW 0670

**SEPTEMBER 28, 2020**

---

In Re:    CLK Multifamily Management, LLC and Aspen American Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 635068.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9). Relators, CLK Multifamily Management, LLC and Aspen American Insurance Company, failed to include a copy of the attachments to the opposition memoranda.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before October 13, 2020, and must contain a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT